# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEMOND HAMMOND, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:07-cr-240-GMN-PAL <br><br> **ORDER** <br> (ECF No. 83) |

The Defendant has filed a motion (ECF No. 80) seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2).

Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender is appointed as counsel to represent the Defendant unless the Federal Public Defender declines the appointment, on the basis of a conflict, no later than five (5) judicial days from the entry of this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall distribute a copy of the document filed by the Defendant to the Federal Public Defender, the United States Attorney and the U.S. Probation Office **forthwith**.

**IT IS FURTHER ORDERED** that the Probation Office shall prepare a Supplemental Presentence Report, which shall address whether the Defendant qualifies for an adjustment of the sentence pursuant to the amended Cocaine Base guidelines, shall provide the Court with a Progress Report from the Bureau of Prisons, and shall advise the Court of the applicable and recommended guideline range.  The Supplemental Presentence Report shall be served upon the Federal Public Defender, the United States Attorney and the Court within ten (10) days of the entry of this Order.

**IT IS FURTHER ORDERED** that within twenty-one (21) days of the entry of this Order, the Federal Public Defender shall:  a) file and serve any Supplement to the request for relief; or b) file a Notice with the Court that the parties have agreed to a resolution, unless for good cause the time is extended.  If a Notice of Agreed Resolution is filed, the Stipulation of the parties shall be filed along with the written consent of the Defendant within forty (40) days of the entry of this Order, unless for good cause the time is extended.

**IT IS FURTHER ORDERED** that if a Supplement is filed by counsel for Defendant, the United States Attorney shall serve any Response within fourteen (14) days after the Supplement is filed, unless for good cause the time is extended.

**IT IS FURTHER ORDERED** that the Federal Public Defender shall serve any Reply within five (5) days of service of the Government's Response.

**IT IS FURTHER ORDERED** that the parties shall serve the office of United States Probation with any pleadings or documents filed pursuant to this Order.

**DATED** this 4th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge