**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> DEMOND HAMMOND, *also known as* Bald ) <br> Head, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:07-cr-00240-GMN-PAL <br><br> **ORDER DENYING** |

Before the Court is Defendant Demond Hammond's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) filed on October 9, 2012 (ECF No. 80). On April 4, 2013, an Order was entered appointing counsel for the Defendant, and ordering Defendant's counsel to: a) file and serve any Supplement to the request for relief; or b) file a Notice with the Court that the parties have agreed to a resolution, unless for good cause the time is extended (ECF No. 84). On May 29, 2013, Defendant's counsel filed with the Court a Response to this Court's Order entered on April 4, 2013 (ECF No. 84), as well as a Motion to Withdraw as Counsel Due to Defendant's Ineligibility for Relief under 18 U.S.C. § 3282(c). (ECF No. 91).

Defendant's counsel having determined that the Office of Probation was correct, as expressed in its May 15, 2013 Supplement, that Defendant did not meet the legal requirements for a sentencing reduction as the law stands today. After review of Defendant's case, Defendant's counsel concluded in her Response (ECF No. 91), that no good faith basis exists for a retroactive application of the Sentencing Guidelines.

Accordingly, Defendant Demond Hammond's Motion for Reduction of Sentence

Pursuant to 18 U.S.C. § 3582(c)(2) filed on October 9, 2012 (ECF No. 80) is hereby **DENIED**.

**IT IS SO ORDERED.**

**DATED** this 22nd day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court